THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Larry Edward
 Hendricks, Appellant,
 
 
 
 
 

v.

 
 
 
 
 South Carolina
 Department of Probation, Parole and Pardon Services, Respondent.
 
 
 
 
 

Appeal from the Administrative Law Court
 Carolyn C. Matthews, Administrative Law Court
Judge

Unpublished Opinion No.  2011-UP-156  
 Submitted April 1, 2011  Filed April 12,
2011

AFFIRMED

 
 
 
 Larry Hendricks, pro se, for Appellant.
 Tommy Evans, Jr., of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Larry
 Edward Hendricks appeals the Administrative Law Court's (ALC) order dismissing
 his appeal of the Department of Probation, Parole, and Pardon Services' (the
 Department) decision denying him parole.  Hendricks argues that the ALC erred
 in (1) dismissing his appeal and (2) failing to consider his motion for
 reconsideration.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1. As to whether the ALC
 erred in dismissing Hendricks's appeal: S.C. Code Ann. § 1-23-600(D) (Supp. 2010) (providing that the ALC "shall not hear . . . an appeal involving the
 denial of parole to a potentially eligible inmate by the Department"); Compton
 v. S.C. Dep't of Prob., Parole & Pardon Servs., 385 S.C. 476, 479, 685
 S.E.2d 175, 177 (2009) (holding that an order denying parole and stating
 consideration of all statutory and Department criteria is sufficient to avoid
 deeming an inmate effectively ineligible for parole).
2.  As to whether the ALC erred in
 failing to consider Hendricks's motion for reconsideration: Futch v. McAllister Towing of Georgetown, Inc., 335 S.C. 598, 613, 518 S.E.2d 591, 598 (1999) (holding
 that an appellate court need not review remaining issues on appeal when its
 determination of a prior issue is dispositive).
AFFIRMED.
FEW, C.J., THOMAS and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.